UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CLINTON GREYLING,<br><br>Defendant | Criminal No. 24cr10222<br><br>Violation:<br><br>Count One: Acting as an Unregistered Broker; Aiding & Abetting<br>(15 U.S.C. §§ 78o(a)(1) and 78ff(a); 18 U.S.C. § 2)<br><br>Forfeiture Allegation:<br>(18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c)) |

## RELATED CASE CERTIFICATION

Pursuant to Local Rule 40.1(h)(5)(B), the government hereby files this certification stating the basis for the government's related case designation in the Criminal Case Cover Sheet filed in connection with the Information in this matter. This matter involves allegations that the Defendant, Clinton Greyling, assisted another individual ("Individual 1") to act as an unregistered broker in connection with sales of the securities Alterola Biotech Inc., Token Communities Ltd., and other securities to individuals throughout the United States. *See* Information ¶ 6. The Information includes a forfeiture allegation, and the government anticipates soon filing a plea agreement pursuant to which the Defendant has agreed to forfeiture an amount to be determined at sentencing not to exceed $628,610.

In the Criminal Case Cover Sheet, the government identified the following earlier-filed civil case as a related case: *Securities & Exchange Commission v. Trends Investments Inc., et al.*, 22-cv-10889-RGS (the "Civil SEC Case"). That matter involves allegations that the Defendant and others engaged in a scheme to defraud investors in private offerings of shares in publicly traded companies, including Alterola Biotech Inc. and Token Communities Ltd.

The Civil SEC Case also involves an overlapping allegation with the Information that one of the civil defendants acted as unregistered broker in violation of the securities laws, and the proceeds alleged to have been generated from the charged offenses in both the criminal and civil cases are overlapping. Pursuant to a consent executed by the Defendant, the Court in the Civil SEC Case entered a judgment against the Defendant on September 23, 2022 in which the Court left open the possibility of ordering disgorgement upon a motion from the Securities & Exchange Commission ("SEC"). The plea agreement the government anticipates filing in this criminal matter contains a government agreement to credit toward the Defendant's forfeiture money judgment any funds paid within 120-days of sentencing to SEC for purposes of the Defendant's disgorgement obligation, if any, in the Civil SEC Case. Accordingly, the government respectfully submits that this criminal case and the Civil SEC Case are related cases pursuant to Local Rules. 40.1(h)(2) and (g)(2).

Respectfully submitted,

JOSHUA S. LEVY
Acting United States Attorney

By: _____
JAMES R. DRABICK
Assistant United States Attorney

Date: July 30, 2024